FILED
2026 Sep-16 PM 04:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **KIMBERLY FLEER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 7:25-cv-1942-ACA-GMB** |
| | ) | |
| **BROTON,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MEMORANDUM OPINION

Petitioner Kimberly Fleer filed a petition for a writ of habeas corpus challenging the Bureau of Prisons' application of time credit under the First Step Act and the Second Chance Act to her confinement. (Doc. 4). The magistrate judge entered a report recommending that the court deny the amended petition. (Doc. 17). Although the magistrate judge informed Ms. Fleer that she could object to the report (*id.* at 7–8), the deadline to do so has passed, and the court has received no objections.

After careful consideration of the complete record in this case, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **WILL DENY** the petition. The court **WILL DISMISS** the First Step Act claim **WITH PREJUDICE** and **WILL DISMISS** the Second Chance Act claim **WITHOUT PREJUDICE**.

This court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, a petition must show that "jurists of reason could disagree with the district court's resolution of [her] constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). The court finds Ms. Fleer's claims do not satisfy either standard.

The court will enter a final judgment consistent with this opinion.

**DONE** and **ORDERED** this September 16, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE