FILED
2026 Sep-18 AM 11:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **KIMBERLY FLEER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 7:25-cv-1942-ACA-GMB** |
| | ) | |
| **BROTON,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**AMENDED MEMORANDUM OPINION**

Petitioner Kimberly Fleer filed a petition for a writ of habeas corpus challenging the Bureau of Prisons' application of time credit under the First Step Act and the Second Chance Act to her confinement. (Doc. 4). The magistrate judge entered a report recommending that the court deny the amended petition. (Doc. 17). Although the magistrate judge informed Ms. Fleer that she could object to the report (*id.* at 7–8), the deadline to do so has passed, and the court has received no objections.

After careful consideration of the complete record in this case, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **WILL DENY** the petition. The court **WILL DISMISS** the First Step Act claim **WITH PREJUDICE** and **WILL**

**DISMISS** the Second Chance Act claim **WITHOUT PREJUDICE**. The court **STRIKES** the previously entered memorandum opinion. (Doc. 21).

The court will enter a final judgment consistent with this opinion.

**DONE** and **ORDERED** this September 18, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE